James McGinnis, appellee, v. Carlos' Ames et al., appellants. Gen. No. 34,582.

Heard in the first division of this court for the first district at the October term, 1930.
Opinion filed December 22, 1930.
Samuel A. Ettelson, Corporation Counsel, and Francis J. Vurpillat, Special Assistant Corporation Counsel, for appellants. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.

Leonard A. Shadburne, appellant, v. Elizabeth M. Shadburne, appellee. Gen. No. 34,657.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.
Ray E. Lane, for appellant. Short, Rothbart, Willner & Lewis, for appellee; Joseph Z. Willner, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

W. H. Barber & Company, appellee, v. John Willis, trading as Jurgelionis & Willis and John Jurgelionis, defendants. John Willis, appellant. Gen. No. 34,672.

Heard in the first division of this court for the first district at the October term, 1930. Opinion filed December 22, 1930.
Jacob Levy, for appellant; J. M. Gwin, of counsel. No appearance for appellee.
Mr. Justice McSurely delivered the opinion of the court.